R. J. BROOKS, as Executor of THOMAS BROOKS, Deceased, Appellant, *v.* JOHN T. SLAWSON, Respondent.

Argued October 9, 1939; decided October 30, 1939.

*Edwin J. Carpenter* and *George A. King* for appellant.
*W. Earle Costello* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.